# MATHEW J. MARI

ATTORNEY AT LAW

30 WALL STREET - 8TH FLOOR
NEW YORK, NEW YORK 10005
DIRECT: (212) 227-5335 • OFFICE: (212) 804-5737
FAX: (718) 836-2518 • mjmesq@aol.com

June 16, 2014

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re: **United States v. Joseph Basciano**
    Docket No. S 13 Cr. 340 (RJS)

Dear Judge Sullivan:

Enclosed you will find two letters in support of Joseph Basciano who will be sentenced by Your Honor at 3:30pm on July 2, 2014.

Respectfully submitted,

*[signature]*

Mathew J. Mari

Cc: AUSA Rebecca Mermelstein

Page 1 of 1

Angela Basciano
732 Wilcox Avenue
Bronx, N.Y. 10465

June 12, 2014

Honorable Richard J. Sullivan
U.S. District Judge, S.D.N.Y
U.S. Courthouse
40 Foley Square
NY, NY 10007

Dear Judge Sullivan,

My name is Angela Basciano. I am presently retired and live at home with my youngest son Michael. I am writing you on behalf of my son Joseph who is scheduled to appear in your Court on July 2 2014.

I have always known my son Joseph to be a very positive person. I have never known him of conducting himself in a negative manner or contributing to unproductive activities. I was disappointed in Joseph's behavior and I firmly believe this offense is out of character for Joseph.

I completely understand that Joseph has broke the law and the charges he is facing. My son has taken full responsibility for his actions. He has taken steps to remedy these actions. He has attended a drug program and has fully completed the course. I know from the bottom of my heart that Joseph will not break the law again and will live a law abiding life. Joseph is no means a danger to society.

I can also tell you that Joseph is a good person and has a great presence in my life. He has a strong family oriented background and his caring, concern and love for his family overwhelming.

I fully understand that a crime has been committed and I am not trying to minimize the wrong my son Joseph has caused. My son truly regrets the mistake he has made. I understand he should be punished for his crimes. He is a non violent offender I will have 3 of my 4 sons incarcerated at this time. I do plead with the Honorable Court to take this into consideration when imposing sentence. I do implore this Honorable Court to please consider the lesser sentence.

Thank you in advance for your time and consideration for this request for leniency.

Respectfully,

Angela Basciano

Patricia A. Sclafani
644 Logan Avenue
Bronx, New York 10465

Your Honor:

My name is Patricia Sclafani.

Joseph has requested that I write a character reference letter with regard to his case. But the truth is that I already thought of doing so, before he made the request.

You see, your Honor, I have had the pleasure of knowing Joseph his entire life. His mother and I have been best friends since we were five years old. I have always known Joseph to have good moral character, a good person and one of generous heart. It may seem hard to believe in the given circumstances, but this is true nonetheless.

I have watched Joseph grow up and I can say without reservation that he grew into a fine young man. His demeanor has always been above reproach and I can honestly say that he always displayed good character. He is a son who loves his mother, highly respects her and he is a brother who truly cares about his siblings, especially his younger brother, Micnael.

However, the last ten years have been very trying for Joseph, his mother and siblings. You see, his father is also incarcerated and I really believe that this has been a tremendous burden, not to mention a huge responsibility on Joseph. It really has affected him and he took it very hard when his father went to prison. And I do believe that all this responsibility baring down on him led him to make some very unwise choices. Choices, given normal circumstances, Joseph would not have made. I feel the lack of stability he felt he once had is now gone and I know in my heart that this all had a profound effect on him.

Joseph is the glue that holds his family together and he has tried to "hold down the fort" since his father went to prison. A burden that was too overwhelming for him at a young age.

Knowing Joseph for all of my life has been a sheer pleasure. I would tell anyone when his name came up in a conversation, "what a good boy". Because that is Joseph. From a young age, he cared about people with deep passion.

Your Honor, I do not have all the facts in his case, but I do have the memories of a very bright, cheerful young man who would help anyone in anyway he could. It is my belief that, having made a mistake and which looks like a very huge mistake, that, after Joseph is made to pay for that lapse in judgement, I really feel that Joseph will strive to rectify the poor decision he made to lead him where he is today. I saddens my heart to think of what lies in front of Joseph and his family.

Your Honor, I most earnestly request that the maximum amount of grace available be extended to Joseph at this time.

Thank you for taking the time to read this letter and thank you for the consideration extended to Joseph.

Sincerely yours,

*Patricia A. Sclafani*
Patricia A. Sclafani.